# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Becerra, Jacqueline | 2. Court or Organization<br><br>United States District Court - Southern District of Florida | 3. Date of Report<br><br>07/16/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| James Lawrence King Federal Justice Building<br>99 N.E. Fourth Street<br>Miami, FL 33132 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder | Greenberg Traurig, LLP |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Becerra, Jacqueline** | 07/16/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Greenberg Traurig, LLP | $2,767.56 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Becerra, Jacqueline** | 07/16/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | credit card | K |
| 2. American Express | credit card | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Becerra, Jacqueline** | 07/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Bank of America (cash) | A | Interest | M | T | | | | | |
| 3. Citibank Private Bank (cash) | A | Interest | J | T | | | | | |
| 4. Mass Mutual Whole Life Ins Policy | B | Dividend | K | T | | | | | |
| 5. IRA #1 (H) | | | | | | | | | |
| 6. Schwab Bank Cash Sweep (cash) | A | Interest | K | T | | | | | |
| 7. Baird Core Plus Bd Inst (BCOIX) | B | Dividend | L | T | Sold (part) | 01/28/19 | J | | |
| 8. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 9. | | | | | Buy (add'l) | 05/31/19 | J | | |
| 10. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 11. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 12. Blackrock High Yield Bd Port I (BHYIX) | A | Dividend | J | T | Buy (add'l) | 05/02/19 | J | | |
| 13. | | | | | Buy (add'l) | 05/31/19 | J | | |
| 14. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 15. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 16. Lord Abbett Floating Rate (LFRIX) | A | Dividend | | | Sold | 07/31/19 | J | | |
| 17. Lord Abbett Short Dur Inc Fd I (LLDYX) | A | Dividend | K | T | Buy (add'l) | 05/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Becerra, Jacqueline** | 07/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 19. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 20. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 21.   PIMCO Incm Inst Cl (PIMIX) | B | Dividend | K | T | Buy<br>(add'l) | 05/02/19 | J | | |
| 22. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 23. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 24. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 25.   iShares Core US Agg Bd (AGG) | A | Dividend | K | T | Sold<br>(part) | 01/28/19 | J | | |
| 26. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 27. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 28. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 29. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 30.   iShares JPMorgan USD MTS (EMB) | A | Dividend | J | T | Buy<br>(add'l) | 05/02/19 | J | | |
| 31. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 32. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 33. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 34.   Schwab US Small Cap ETF (SCHA) | A | Dividend | K | T | Buy<br>(add'l) | 05/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 36. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 37. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 38. Vanguard Mid Cap ETF (VO) | A | Dividend | K | T | Buy<br>(add'l) | 05/02/19 | J | | |
| 39. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 40. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 41. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 42. American Beacon Bridgeway LG Cap Value (BWLYX) | B | Dividend | L | T | Buy<br>(add'l) | 01/28/19 | J | | |
| 43. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 44. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 45. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 46. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 47. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 48. DFA Emerg Mkts Core Eqty Port Instl (DFCEX) | A | Dividend | K | T | Buy<br>(add'l) | 05/02/19 | J | | |
| 49. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 50. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 51. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Becerra, Jacqueline** | 07/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   DFA Intl Small Co Port Instl (DFISX) | B | Dividend | K | T | Buy<br>(add'l) | 05/02/19 | J | | |
| 53. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 54. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 55. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 56.   Lazard Global Listed Infrastructure Port<br>(GLIFX) | B | Dividend | K | T | Buy<br>(add'l) | 01/28/19 | J | | |
| 57. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 58. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 59. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 60. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 61.   Fidelity Adv New Insights Fd Cl I (FINSX) | A | Dividend | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 62. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 63. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 64. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 65. | | | | | Sold | 12/10/19 | L | | |
| 66.   Oakmark Intl Fd Inst (OANIX) | A | Dividend | K | T | Buy<br>(add'l) | 05/02/19 | J | | |
| 67. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 68. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Becerra, Jacqueline** | 07/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 70. Schwab Intl Index Fund (SWISX) | A | Dividend | K | T | Buy (add'l) | 05/02/19 | J | | |
| 71. | | | | | Buy (add'l) | 05/31/19 | J | | |
| 72. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 73. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 74. Schwab S&P 500 Index Fd (SWPPX) | B | Dividend | L | T | Buy (add'l) | 01/28/19 | J | | |
| 75. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 76. | | | | | Buy (add'l) | 05/31/19 | J | | |
| 77. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 78. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 79. T Rowe Price Blue Chip Growth (TBCIX) | A | Dividend | K | T | Buy | 12/10/19 | K | | |
| 80. 529 Acct #1 (H) | | | | | | | | | |
| 81. American Funds - The Income Fund of America 529A (CIMAX) | A | Dividend | J | T | | | | | |
| 82. American Funds - The Income Fund of America 529F1 (CIMFX) | B | Dividend | K | T | | | | | |
| 83. 529 Acct #2 (H) | | | | | | | | | |
| 84. American Funds - The Income Fund of America-A (AMECX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Becerra, Jacqueline** | 07/16/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 1: Shareholdings are investments and are included in Part VII; concluded upon taking the bench.

| Name of Person Reporting | Date of Report |
|---|---|
| **Becerra, Jacqueline** | 07/16/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jacqueline Becerra**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544